No. 88–662.   HOLY SPIRIT BYELORUSSIAN AUTOCEPHALIC ORTHODOX CHURCH ET AL. *v.* KENDYSH ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–663.   ALLSTATE INSURANCE CO. *v.* SCHON ET AL. C. A. 9th Cir.   Certiorari denied.

No. 88–666.   FORREST *v.* OCCIDENTAL PETROLEUM CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–670.   LAW FIRM OF DANIEL P. FOSTER ET AL. *v.* TURNER BROADCASTING SYSTEM, INC., DBA CNN (CABLE NEWS NETWORK, INC.).   C. A. 2d Cir.   Certiorari denied.

No. 88–672.   TRIANGLE INDUSTRIES, INC., SUCCESSOR IN INTEREST TO CENTRAL JERSEY INDUSTRIES, INC. *v.* ZULKOWSKI ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–675.   SYNERGY GAS CORP. *v.* SASSO.   C. A. 2d Cir. Certiorari denied.

No. 88–677.   BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP. C. A. 4th Cir.   Certiorari denied.

No. 88–678.   MCGEE, ON BEHALF OF SWEET *v.* TREHARNE, LOS ANGELES PUBLIC GUARDIAN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–679.   BROWN *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 88–680.   LAI ET UX. *v.* CITY AND COUNTY OF HONOLULU. C. A. 9th Cir.   Certiorari denied.

No. 88–682.   H & H BEVERAGE DISTRIBUTORS, INC. *v.* DEPARTMENT OF REVENUE OF PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.